Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


## MEMORANDUM OPINION

No. 04-08-00827-CV

Don **BERGER** (Former Hondo Police Chief) and Andy Chernak, in His Individual Capacity,
Appellants

v.

James T. **HOOTEN**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-12856
Honorable Andy Mireles, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:   April 29, 2009

JOINT MOTION TO VACATE AND REMAND GRANTED; VACATED AND REMANDED

The parties have filed a joint motion stating they have fully resolved and settled all issues in dispute. The parties ask that we vacate the trial court's judgment and remand the cause to the trial court for rendition of judgment in accordance with the agreement of the parties. We grant the parties' motion. The judgment of the trial court is therefore vacated without regard to the merits, and the cause is remanded to the trial court for rendition of judgment in accordance with the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(B). Costs of appeal are assessed against the party who incurred them. *See id*. at 42.1(d).

PER CURIAM